U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 0 9 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **RICKEY WAYNE GIPSON** | **CIVIL ACTION NO. 06-2065-P** |
| **VERSUS** | **JUDGE WALTER** |
| **LARRY DEAN, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding medical care (except his arm and shoulder claims), payment of fees, and legal mail are **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) and his claims regarding medical care for his arm and shoulder are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. §1997e(a).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 9th day of May 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE